## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS


ROBERT H. SPRUK,                          )
                          Plaintiff,      )
                                          )
        vs.                               )        Case No. 09-2200-JAR-GBC
                                          )
MICHAEL J. ASTRUE,                        )
COMMISSIONER OF                           )
SOCIAL SECURITY,                          )
                          Defendant.      )
_____ )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed

findings and recommendations filed by Magistrate Judge Gerald B. Cohn, and after a *de novo*

determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the

recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that judgment be entered pursuant to the fourth

sentence of 42 U.S.C. § 405(g), AFFIRMING the decision of the Commissioner, in accordance

with the June 14, 2010 Report and Recommendation (Doc. 22).

**IT IS SO ORDERED**.

Dated: July 10, 2010

                                    S/ Julie A. Robinson
                                   JULIE A. ROBINSON
                                   UNITED STATES DISTRICT JUDGE